No. 435. NORTH v. FLORIDA. Certiorari, 346 U. S. 864, to the Supreme Court of Florida. Argued January 12, 1954. Decided January 18, 1954. *Per Curiam:* The judgment is affirmed. *Claude Pepper* argued the cause for petitioner. With him on the brief were *C. Jay Hardee* and *John R. Parkhill. Bart L. Cohen,* Assistant Attorney General of Florida, argued the cause for respondent.

With him on the brief were *Richard W. Ervin,* Attorney General, and *Reeves Bowen,* Assistant Attorney General.